JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

SAHIL LNU,

                    Petitioner,

v.

WARDEN OF ADELANTO ICE
PROCESSING CENTER, *et al.*,

                    Respondents.

Case No. 5:26-cv-01355-AYP

**Order Granting Dismissal**

Good cause shown, and pursuant to Petitioner's Notice of Voluntary Dismissal, ECF 23, and Federal Rule of Civil Procedure 41(a)(2), the Court hereby **ORDERS** that the instant Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 USC 2241), ECF 1, be **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Dated: May 19, 2026



_____
HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE